SALVATORE CARACOGLIA, CONSERVATOR (PERSON AND ESTATE OF GIUSEPPA ALBINA CARACOGLIA) *v.* SERGIO CARACOGLIA

The defendant's petition for certification for appeal from the Appellate Court, 127 Conn. App. 901 (AC 31794), is denied.

*Frank Cannatelli*, in support of the petition.

Decided April 27, 2011

STATE OF CONNECTICUT *v.* DAVID ONG JUDD

The defendant's petition for certification for appeal from the Appellate Court, 127 Conn. App. 901 (AC 32050), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.

*Glenn W. Falk*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided April 27, 2011

MELVIN THOMPSON *v.* VERNON J. LEFTRIDGE, JR.

The defendant's petition for certification for appeal from the Appellate Court (AC 32922) is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Vernon J. Leftridge, Jr.*, pro se, in support of the petition.

Decided April 27, 2011